PROB 12B
(pawp 1/12)

# UNITED STATES DISTRICT COURT
for
Western District Of Pennsylvania

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Gerald Lee Williams          Case Number:   0315 2:08CR00328

Name of Sentencing Judicial Officer:   The Honorable Maurice B. Cohill, Jr.

Date of Original Sentence:   3/22/2010

Original Offense:   Possession of a Firearm by a Convicted Felon

Original Sentence:   57 months incarceration followed by 3 years supervised release

Special Conditions:   All standard conditions including drug testing

Prior Court History:   Many criminal convictions in New York State. No prior federal court history.

Type of Supervision:   Supervised release      Date Supervision Commenced:   8/1/2012

### PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

The defendant shall participate in the Bureau of Prison's Comprehensive Sanctions Center Program (Renewal) in Pittsburgh, Pennsylvania, until released by the program review team or probation officer, for a period up to 180 days.

#### CAUSE

The defendant submitted urine samples on October 15, 2012, and November 8, 2012, which tested positive for marijuana, and on January 16, 2013, a urine sample submitted tested positive for marijuana and cocaine. On November 7, 2012, the defendant was referred to Community Counseling Center of Mercer County in Hermitage, Pennsylvania, for outpatient drug counseling. On January 23, 2013, the defendant was terminated from Community Counseling Center due to "the number of missed appointments." As a corrective action, on February 12, 2013, the defendant was presented with Probation Form 49, Waiver to Modify Conditions of Probation/Supervised Release, in that, he agreed and signed the addition of the following supervision condition: You shall participate in the Bureau of Prison's Comprehensive Sanctions Center Program (Renewal) in Pittsburgh, Pennsylvania, until released by the program review team or probation officer, for a period up to 180 days. It was the opinion of the United States Probation Office that the Court not be petitioned for a Show Cause hearing regarding this matter, but pursued this option of Renewal Inc., in Pittsburgh, Pennsylvania. This additional condition of

supervised release will allow the defendant greater opportunity to obtain gainful employment, and attend outpatient counseling while at Renewal.

On March 28, 2013, the defendant was given an additional opportunity to submit another urine sample, but stated that "he had just went" and that he "had used marijuana a week ago." Given this failure to submit a urine sample after given ample notice and obtain any employment, this officer is requesting the above modification to the defendant's supervised release conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by: *[signature]*
Matthew L. Rea
United States Probation Officer

Approved By: *[signature]*
Stephen A. Lowers
Supervising U.S. Probation Officer

Date: 5/6/2013

---

THE COURT ORDERS:
☐ No action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

*[signature]*
Signature of Judicial Officer

May 8, 2013
Date

PROB/PTS 4
(pawp 04/05)

# UNITED STATES DISTRICT COURT
## FOR THE
## Western District of Pennsylvania

## ADMISSION/DENIAL REPORT
## REPORT OF POSITIVE URINALYSIS

Name: Gerald Lee Williams    Docket No.: 0315 2:08CR00328

Client 20197

Date Sample Taken: 1-16-13    Barcode #:

Results of Urinalysis: Positive For:    Cocaine and Marijuana

You are hereby provided with notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

[✓] I admit to illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

[ ] I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

_____    _____
Signature of Client                                      Witnessed By

2/12/13                                                          2-12-13
Date                                                                 Date

Comments: