# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| GERALD LEE WILLIAMS, JR. | |

Case No. 08-328

USM No. 30141068

William Penn Hackney
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1/2  of the term of supervision.

☑ was found in violation of condition(s)  3  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1/2 | unlawful possession/use of controlled substance | 03/16/2015 |
| 3 | failed to participate in substance abuse treatment program instructed by probation officer | 03/16/2015 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  regular job  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7462

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:
Hermitage, PA

05/07/2015
Date of Imposition of Judgment

*Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr. - Sr. D. Ct. J.
Name and Title of Judge

05/10/2015
Date

DEFENDANT: GERALD LEE WILLIAMS, JR.
CASE NUMBER: 08-328

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

nine (9) months. No supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons: *Mr. Williams was assigned to the program at "Renewal" in Pittsburgh; I suggest this again, as he seemed to benefit from that program before.*

*Maurice B. Cohill, Jr.*

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL